GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

Signed and Filed: August 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 11-32167 |
| **JO ANNE ROY**, | Chapter 7 |
| Debtor. | **ORDER ON MOTION TO REOPEN CASE** |

Debtor filed an *Ex Parte* Motion To Reopen Case To Allow Motion To Avoid Lien Pursuant To 11 USC 522(F) on August 17, 2020. Debtor seeks to reopen her case to avoid a previously unknown judicial lien.

IT IS ORDERED THAT:

1. Debtor's case is re-opened for the purpose of filing and prosecuting Debtor's Motion for to Avoid Lien Pursuant to 11 USC 522(f).

*** END OF ORDER ***

SERVICE LIST

**\*NONE**